IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GAYNELL C. COLBURN, individually and on behalf of others similarly situated | * |
| Plaintiff | * |
| v. | * Case No. 1:18-cv-00730-CCB |
| HILTON MANAGEMENT LLC, doing business as HILTON MANAGEMENT SERVICES, | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Gaynell C. Colburn, and Defendant, Hilton Management LLC doing business as Hilton Management Services, and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: July 6, 2018                                                      Respectfully Submitted,

/s/ E. David Hoskins
E. David Hoskins, Esq., #06705
THE LAW OFFICES OF E. DAVID HOSKINS, LLC
16 E. Lombard Street, Ste. 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
davidhoskins@hoskinslaw.com

R. Bruce Carlson
bcarlson@carsonlynch.com
CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Kathleen Hyland
Hyland Law Firm, LLC
16 E Lombard Street
Suite 400
Baltimore, MD 21202
(410) 777-5396
kat@lawhyland.com

*Attorneys for Plaintiff,
Gaynell C. Colburn*

s/ Minh N. Vu (w/permission)
Minh N. Vu
SEYFARTH SHAW LLP
975 F St. N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 641-9256
mvu@seyfarth.com

*Attorneys for Defendant,
Hilton Management LLC,
d/b/a Hilton Management Services*

Approved
CCB
USDJ
7/9/18